**31** SHAFER IRON CO. vs. CIRCUIT JUDGE (Iron), No. 12323, 88 M., 464.

To compel respondent to set aside the service of a writ of garnishment and to vacate an order requiring the production, for examination, of the officers and agents of a foreign corporation residing in another state, upon the ground that the service of the writ was not made upon any proper officer or agent; that the statute authorizing service upon foreign corporations is unconstitutional; and that the circuit judge has no power to compel officers of a corporation residing out of the state to appear before him for examination.

Granted in part November 20, 1891.

Held (1) that service under How. Stat. Sec. 8086 as amended by Act No. 266, Laws of 1889, was not confined to a general agent of the corporation; (2) That How. Stat. Sec. 8061, does not apply to a foreign corporation when summoned as garnishee, and hence that the circuit judge had no power to order the officers to appear and bring before him the books and papers of the corporation.

**32** THOMPSON & CHUTE SOAP CO. vs. CIRCUIT JUDGE (Muskegon), No. 14126½.

To quash garnishment, on the ground that the principal action is in fact an action for a breach of contract.

Order to show cause denied April 17, 1894.

**32½** HUDSON (Receiver) vs. CIRCUIT JUDGE (Saginaw), No. 16031, 4 D. L. N., 523.

To set aside an order dismissing garnishment proceedings commenced against executors.

Denied September 14, 1897, on the ground that garnishment will not lie against executors or administrators.